IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE JOHN L. KANE

Criminal Action No.   08-cr-00122-JLK-04

UNITED STATES OF AMERICA,

       Plaintiff,

v.

CLARA VASQUEZ-CHACON,

       Defendant.

_____

ORDER EXONERATING BOND

_____

       This criminal action has proceeded to sentencing and a final judgment and conviction, and

the defendant was remanded to the custody of the United States Marshal at sentencing, or has self-

surrendered to the designated facility, as confirmed by the United States Bureau of Prisons.  As a

result, all the conditions of an appearance bond imposed by the court as a pretrial matter to secure

the defendant's release, pursuant to 18 U.S.C. § 3142(c), have been satisfied.   Accordingly, it is

       **ORDERED** that the bond in this case is hereby exonerated and the surety or sureties, if

applicable, are released.  It is further

       **ORDERED** that the bail funds or property deposited into the registry of the court shall

hereby be released by the clerk of the court, or a designated deputy, to the surety or the defendant.

       DATED at Denver, Colorado, this 20th day of April, 2009.

                                        BY THE COURT:


                                        *S/ John L. Kane*
                                        UNITED STATES DISTRICT JUDGE
                                        DISTRICT OF COLORADO